690

No. 1150. MANLEY OIL CORP. ET AL. *v.* SHELL OIL CO., INC. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Frank E. Trobaugh, Thomas J. Layman,* and *William B. Johnson* for petitioners. *Messrs. Craig Van Meter* and *Fred H. Kelly* for respondent.

No. 1155. ESTATE OF HULL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Aaron Frank* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Arthur A. Armstrong* for respondent.

No. 1158. GLOVER *v.* UNITED STATES. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Roy V. Harris* and *W. Paul Carpenter* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 1164. GARNER *v.* ALEXANDER. May 25, 1942. Petition for writ of certiorari to the Supreme Court of Oregon denied. *Mr. Joseph A. Roney* for petitioner. *Messrs. I. H. Van Winkle,* Attorney General of Oregon, and *Willis S. Moore,* Assistant Attorney General, for respondent.

No. 1167. MOODY ET AL. *v.* TOOLE COUNTY IRRIGATION DISTRICT. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit de-